UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FRANCIS WOODROW, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAGENT AUTO, LLC d/b/a SAGENT LENDING TECHNOLOGIES,<br><br>　　　　Defendant. | Case No. 2:18-cv-01054<br><br><br>Hon. Judge J.P. Stadtmueller<br>Hon. Mag. Judge William E. Duffin |

**PLAINTIFF'S MOTION FOR**
**ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**

Plaintiff Francis Woodrow respectfully petitions the Court for an award of attorneys' fees in the amount of $583,333.33, which represents 33⅓% of the Settlement Fund, litigation expenses in the amount of $23,714, and an incentive award for the Plaintiff in the amount of $10,000.00. For the reasons set forth in the accompanying Memorandum Of Law, the motion should be GRANTED.

Dated: June 3, 2019            Respectfully submitted,

FRANCIS WOODROW, individually and
on behalf of all others similarly situated

By:    /s/  Matthew P. McCue

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., 3rd Floor
Natick, MA 01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

Alexander H Burke
BURKE LAW OFFICES LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com

Jonathan D. Selbin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson St., 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
jselbin@lchb.com

Daniel M Hutchinson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery St., Suite 3000
San Francisco, CA 94111
Telephone: (415) 956-1000
dhutchinson@lchb.com

Matthew R. Wilson
Michael J. Boyle, Jr.
MEYER WILSON CO., LPA
1320 Dublin Rd., Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
mwilson@meyerwilson.com
mboyle@meyerwilson.com

Edward A. Broderick
BRODERICK LAW, P.C.

2

99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com

Stefan Coleman
LAW OFFICES OF STEFAN COLEMAN P.A.
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
law@stefancoleman.com

*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, June 3, 2019, filed the within and foregoing motion, memorandum, and exhibits using the CM/ECF system, which shall serve such on all counsel of record.

        /s/ *Matthew P. McCue*