# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

FRANCIS WOODROW, *on behalf of himself and all others similarly situated*,

          Plaintiff,

v.

SAGENT AUTO LLC, *doing business as* SAGENT LENDING TECHNOLOGIES,

          Defendant.

Case No. 18-CV-1054-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's unopposed motion for final approval of class action settlement (Docket #44) be and the same is hereby **GRANTED** (Docket #48);

    **IT IS FURTHER ORDERED AND ADJUDGED** that a Fed. R. Civ. P. 23 Settlement Class was certified, consisting of all persons within the United States who received a telephone call from Defendant on their cellular telephone that was initiated by Defendant's Noble version 8.02 telephony system between July 1, 2014 and March 19, 2019 (Docket #48);

    **IT IS FURTHER ORDERED AND ADJUDGED** that no objections have been received regarding the Settlement, which is fair, adequate, reasonable, and in the best interests of the Settlement Class (Docket #44-1 and #48);

    **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant pay $1,750,000.00 to create the Settlement Fund (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Class Members who have submitted a valid claim will receive a pro-rata share of the Settlement Fund after attorneys' fees and costs, the Class Representative's award, and the costs of notice and administration are deducted (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's unopposed motion for attorneys' fees, expenses, and incentive award (Docket #38) be and the same is hereby **GRANTED** (Docket #41);

**IT IS FURTHER ORDERED AND ADJUDGED** that Francis Woodrow is hereby appointed as Class Representative (Docket #48) and is awarded an incentive award in the amount of $10,000.00 (Docket #41);

**IT IS FURTHER ORDERED AND ADJUDGED** that the following are hereby appointed as Class Counsel: Matthew R. Wilson and Michael J. Boyle of Meyer Wilson Co., LPA; Alex Burke of Burke Law Offices, LLC; Daniel M. Hutchinson of Lieff Cabraser Heimann & Bernstein, LLP; Edward Broderick of Broderick Law, P.C.; Matthew McCue of Law Office of Matthew McCue; and Stefan Coleman of The Law Office of Stefan Coleman, P.A. (Docket #48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Class Counsel are awarded a fee of $583,333.33 and litigation expenses of $23,714.00 (Docket #41); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED** without costs, except as otherwise provided by the Court or in the Settlement Agreement (Docket #48).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

November 19, 2019
Date

STEPHEN C. DRIES
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk